

# United States Tax Court
Washington, DC 20217

| Jason W. Kinzer, Petitioner v. Commissioner of Internal Revenue, Respondent | Docket No. 599-22 |

## Printable Docket Record

| Name | Contact | Counsel |
|---|---|---|
| Jason W. Kinzer | 5234 Baker Blvd. Irving, TX 75039-0001  817-557-7350 | Douglas P. Desjardins (DD22032)  dpd@pangialaw.com  202-758-2794 |

| Respondent Counsel | Respondent Counsel Contact |
|---|---|
| Stephanie J. Rakoski | stephanie.j.rakoski@irscounsel.treas.gov  469-801-1085 |

| No. | Date | Event | Filings and proceedings | Filed by | Action | Served | Parties |
|---|---|---|---|---|---|---|---|
| 1 | 01/18/22 | P | **Petition** | Petr. Jason W. Kinzer | | 01/20/22 | R |
| 2 | 01/18/22 | RQT | **Request for Place of Trial at Dallas, Texas** | | | | |
| 3 | 01/19/22 | FEE | **Filing Fee Paid** | | | | |
| 4 | 01/20/22 | MINC | **Caption of case is amended from 'Jason Kinzer, Petitioner v. Commissioner of Internal Revenue, Respondent' to 'Jason W. Kinzer, Petitioner v. Commissioner of Internal Revenue, Respondent'** | | | | |
| 5 | 03/03/22 | A | **Answer** (C/S 03/03/22) | Resp. | | 03/03/22 | B |
| 6 | 03/11/22 | EA | **Entry of Appearance for Petr. Jason W. Kinzer** | Douglas P. Desjardins | | 03/11/22 | B |

| No. | Date | Event | Filings and proceedings | Filed by | Action | Served | Parties |
|---|---|---|---|---|---|---|---|
| 7 | 03/11/22 | NODC | **Notice of Docket Change for Docket Entry No. 6** | | | 03/11/22 | B |
| 8 | 10/04/22 | M073 | **Motion to Dismiss for Lack of Jurisdiction** (Objection) | Resp. | ORD 01/03/23 | 10/04/22 | B |
| 9 | 10/18/22 | OPPO | **Opposition to Motion to Dismiss for Lack of Jurisdiction** (Attachment(s)) | Petr. Jason W. Kinzer | | 10/18/22 | B |
| 10 | 01/03/23 | ODJ | **Order of Dismissal for Lack of Jurisdiction Entered, Chief Judge Kerrigan - Resp's Motion to Dismiss for Lack of Jurisdiction is granted.** | | | 01/03/23 | B |
| 11 | 04/03/23 | NOA | **Notice of Appeal for the 5th Circuit** (COA # 23-60177) | Petr. Jason W. Kinzer | | 04/03/23 | B |
| 12 | 04/07/23 | NOT | **Notice of filing of notice of appeal to Court of Appeals** | | | 04/07/23 | B |
| 13 | 04/21/23 | AFP | **Appellate Filing Fee Received** | Petr. Jason W. Kinzer | | 04/24/23 | B |