# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-60177

---

Jason W. Kinzer,

*Petitioner—Appellant,*

versus

Commissioner of Internal Revenue,

*Respondent—Appellee.*

_____

Appeal from a Decision of the
United States Tax Court

_____

A True Copy
Certified order issued Jul 13, 2023

*Tyler W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of July 13, 2023, for want of prosecution. The appellant failed to timely appellant's brief and record excerpts.

No. 23-60177

Lyle W. Cayce
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Majella A. Sutton, *Deputy Clerk*

ENTERED AT THE DIRECTION OF THE COURT