# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 13, 2023

Ms. Stephanie A. Servoss
U.S. Tax Court
400 2nd Street, N.W.
Washington, DC 20217

    No. 23-60177   Kinzer v. CIR
                            Tax Court No. 599-22

Dear Ms. Servoss,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Majella A. Sutton, Deputy Clerk
                                    504-310-7680

cc w/encl:
     Mr. Douglas P. Desjardins
     Mr. David A. Hubbert
     Mr. William M. Paul
     Ms. Stephanie J. Rakoski
     Mr. Isaac B. Rosenberg